**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Vaughn Gwen, | No. CV-22-08140-PCT-JAT |
| Petitioner, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Respondents. | |

Pending before the Court is Petitioner's Motion for an Extension of Time to File Objections to Report and Recommendation ("R&R"). (Doc. 62). The Court now rules.

Petitioner states that he has not been served the substantive aspect of the R&R and thus would be prejudiced if he is expected to lodge his objections to its contents without a copy of the ninety-one-page document. (Doc. 62 at 2). The Court agrees. If petitioner has not received the substantive aspect of the R&R due to an administrative error, he cannot adequately object.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for an Extension of Time to File Objections to R&R, (Doc. 62), is **GRANTED**. Plaintiff shall have fourteen (14) days from the date of service of the ninety-one (91) page R&R to lodge any objections he may have.

Dated this 22nd day of April, 2024.

James A. Teilborg
Senior United States District Judge